# UNITED STATES DISTRICT COURT

EASTERN           DISTRICT OF           WASHINGTON

UNITED STATES OF AMERICA

V.

JOSEPH L. DAVIS (2),

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:15-CR-83-RMP-2

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Rosanna Malouf Peterson_
Signature of Judge

Rosanna Malouf Peterson        District Judge
Name of Judge                  Title of Judge

5/9/2016
Date